# April 16, 2016 Aerial Photo: Pre-impact

