IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-930-DWD |
| | ) |
| PETROFF TRUCKING COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

**DUGAN, District Judge:**

On December 15, 2022, Plaintiff United States of America filed an unopposed motion for the entry of the proposed Consent Decree lodged with the Court on October 24, 2022 (Doc. 55-1). Appearing to the Court that the settlement set forth in the Consent Decree is fair, adequate, and reasonable, consistent with the statutory purposes of the Clean Water Act ("CWA"), and in the public interest, it is hereby **ORDERED** that the unopposed motion for entry of the consent decree (Doc. 56) is **GRANTED**. Entry of the Consent Decree will be effectuated by the Court's signature on the proposed Consent Decree (Doc. 55-1) and its subsequent entry on the docket. Because the consent decree resolves all pending claims between the parties, once it is entered, this case shall be closed.

**SO ORDERED.**
Dated: December 20, 2022

_____
DAVID W. DUGAN
United States District Judge